AO 442 (Rev. 11/11) Arrest Warrant

11229482

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) | Case: 1:21-mj-00162 |
|---|---|---|
| v. | ) | Assigned to: Judge Faruqui, Zia M |
| Israel Tutrow | ) | Assign Date: 1/25/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Israel Tutrow

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly Conduct Which Impedes the Conduct of Government Business
40 U.S.C. § 5104(e)(2)(D)- Disruptive Conduct in the Capitol Buildings
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings

Date: 01/25/2021

2021.01.25 21:41:16 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/25/2021, and the person was arrested on *(date)* 1/27/2021
at *(city and state)* _____

Date: 1/27/2021

Jesse L. Mohler
*Arresting officer's signature*

Jesse L. Mohler / Special Agent
*Printed name and title*