UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA


v.                                                      21-cr-310 (ABJ)

ISRAEL TUTROW


DEFENSE MOTION TO FILE SUPPLEMENTAL
SENTENCING INFORMATION UNDER SEAL


The defendant through counsel, Heather Shaner, seeks permission to file the attached medical and personal family information under seal.

Respectfully submitted,


_____/s/_____
H. Heather Shaner, Esq. #273276
Appointed by the Court for
Israel Tutrow
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com